SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01537−NS

WARNER et al v. C.R. BARD, INC. et al
Assigned to: HONORABLE NORMA L. SHAPIRO
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MICHELLE L. WARNER** represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIMOTHY J. WARNER** represented by **DANIEL N. GALLUCCI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.**

**Defendant**

**DAVOL, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | Ï 1 | COMPLAINT against C.R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 947185), filed by MICHELLE L. WARNER, TIMOTHY J. WARNER.(jmv, ) (Entered: 04/01/2008) |
| 04/01/2008 | Ï | DEMAND for Trial by Jury by MICHELLE L. WARNER, TIMOTHY J. WARNER. (jmv, ) (Entered: 04/01/2008) |
| 04/01/2008 | Ï | Summons Issued as to C.R. BARD, INC., DAVOL, INC. Forwarded To: 2 Origs mailed to counsel on 4/1/08 (jmv, ) (Entered: 04/01/2008) |
| 06/10/2008 | Ï 2 | Certified Copy of Order from THE MDL PANEL THAT THE ABOVE CAPTIONED CASE IS TRANSFERRED TO THE DISTRICT OF RHODE ISLAND. WITH THE CONSENT OF THAT COURT, ALL SUCH ACTIONS HAVE BEEN ASSIGNED TO THE HONORABLE MARY M. LISI; ETC. (jl, ) (Entered: 06/10/2008) |

| | | |
|---|---|---|
| 06/10/2008 | Ï | ORIGINAL RECORD WITH CERTIFIED COPY OF ORDER AND DOCKET TRANSFERRED TO THE DISTRICT OF RHODE ISLAND TO BE PART OF MDL.(jl, ) (Entered: 06/10/2008) |